The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUY T. MAI,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | NO. 2:17-cv-00561<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |

Having reviewed the Defendants' Motion to Dismiss, the opposition filed by Plaintiff, the reply in support, and any attachments thereto,

IT IS SO ORDERED that plaintiff Duy T. Mai's complaint is dismissed with prejudice.

DATED this _____ day of July, 2017.

_____
RICHARD A. JONES
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS – 1
Case No. 2:17-cv-00561 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970