# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUY T. MAI,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C17-561RAJ |

       **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    For the reasons set forth in the Court's order of February 8, 2018, Judgment is entered in favor of Defendants United States of America; the Department of Justice; the Bureau of Alcohol, Tobacco, Firearms and Explosives; the Federal Bureau of Investigation; Jefferson B. Sessions III, as Attorney General; Andrew McCabe, as Acting Director of the Federal Bureau of Investigation;[1] and Thomas E. Brandon, as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, against Plaintiff Duy T. Mai.

    DATED this 8th day of February, 2018.

                                                  WILLIAM M. McCOOL,
                                                Clerk of the Court

                                                By:  */s/ Victoria Ericksen*
                                                         Deputy Clerk

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. McCabe is substituted for Mr. Comey.